IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW D. FICARELLI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA INC., et al.,<br><br>    Defendants. | NO. 3:18-cv-00361<br>JUDGE RICHARDSON |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 69). The Notice was filed prior to any Defendant filing an answer or motion for summary judgment. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice sufficed to dismiss this action without any action on the part of the Court. The Notice states that dismissal is with prejudice, and therefore under Rule 41(a)(1)(B), the dismissal is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED WITH PREJUDICE** effective as of the time of the filing of the Notice, and the Clerk is directed to close the file.

    IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE